UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JENNIFER PETERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No:   1:22-cv-1508 |
| | ) | |
| TMS RACING, INC., | ) | Hon. |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

The undersigned, counsel of record for TMS RACINC, INC., furnishes the following list in compliance with Fed. R. Civ. P. 7.1:

1. The undersigned represents TMS Racing, Inc. in this action;

2. TMS Racing, Inc. states that no such corporation owns 10% of more of its stock; and

3. No other law firms are expected to have attorneys enter an appearance on behalf of TMS Racing, Inc. in this matter.

Dated this 31st day of August, 2022.

Respectfully submitted,

By:   */s/ James M. Weck*

James M. Weck
Clausen Miller P.C.
200 Commerce Square
Michigan City, Indiana 46360
Email: jweck@clausen.com
Tel: (219) 262-6106
Fax: (312) 606-7777
Counsel for Defendant TMS RACING, Inc.

8554885.1

## CERTIFICATE OF SERVICE

      The undersigned, a non-attorney, hereby certifies that on the 31st day of August 2022, she electronically filed the foregoing **Corporate Disclosure Statement** with the Clerk of the Court using CM/ECF system which sent notification of such filing to the parties who are registered participants with the System. I hereby certify that I mailed or delivered a true and correct copy of the foregoing document to any non CM/ECF participants.

William E. Winingham
Jonathon Noyes
Wilson Kehoe & Winingham
2859 North Meridian Street
Indianapolis, IN 46208
Winingham@wkw.com
Jnoyes@wkw.com

*/s/ Patricia Kebr*
Patricia Kebr